UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:18–cv–06327–DSF–SK          Date   8/23/2018

Title   HERBALIFE INTERNATIONAL OF AMERICA, INC. ET AL V. ESMART LLC, ET AL

Present:   The Honorable   DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

                    Debra Plato                                  Not Present
                    Deputy Clerk                                Court Reporter

        Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:
                    Not Present                                  Not Present

**Proceedings:**      (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL
                          FOR LACK OF PROSECUTION

        Absent a showing of good cause, an action must be dismissed without prejudice
if the summons and complaint are not served on a defendant within 90 days after the
complaint is filed. Fed. R. Civ. Proc. 4(m). Generally, defendants must answer the
complaint within 21 days after service (60 days if the defendant is the United States).
Fed. R. Civ. Proc. 12(a)(1).

        In the present case, it appears that one or more of these time periods has not
been met. Accordingly, the Court, on its own motion, orders plaintiff(s) to show
cause in writing on or before **Monday, September 10, 2018**, why this action should
not be dismissed as to the applicable defendant(s) for lack of prosecution. Pursuant to
Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is
appropriate for submission without oral argument. The Order to Show Cause will
stand submitted on that date.

        Filing of the following on or before the date indicated above will constitute a
satisfactory response to the Order to Show Cause:

____   Proofs of service of summons and complaint on all defendants for whom
        such documents have not yet been filed;

XX    An appearance by all defendants who have been served or an application
        for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil
        Procedure;

____   A request that the clerk enter default judgment or motion for entry of
        default judgment pursuant to Rule 55(b) of the Federal Rules of Civil
        Procedure.

   **IT IS SO ORDERED.**

                                                      Initials of Deputy Clerk:_dp_