**LTL ATTORNEYS LLP**
Joe Tuffaha (SBN 253723)
  joe.tuffaha@ltlattorneys.com
Michael Song (SBN 243675)
  michael.song@ltlattorneys.com
300 S. Grand Avenue, 14th Floor
Los Angeles, CA 90071
Tel.:  (213) 612-8900
Fax:  (213) 612-3773

Attorneys for Plaintiffs HERBALIFE INTERNATIONAL OF AMERICA, INC. and HERBALIFE INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HERBALIFE INTERNATIONAL OF AMERICA, INC. and HERBALIFE INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ESMART LLC, d/b/a SMARTLIFE NUTRITION, and DOES 1-10, <br><br> Defendants. | Case No:  2:18-cv-06327-DSF-SK <br><br> **JOINT MOTION TO STAY ALL DEADLINES** |

Plaintiffs Herbalife International of America, Inc. and Herbalife International, Inc. (collectively, "Herbalife") and Defendant ESmart LLC d/b/a/ SmartLife Nutrition ("ESmart") hereby file this Joint Motion to Stay All Deadlines. The parties have reached a settlement in principle. The parties jointly request a stay of all case deadlines for thirty (30) days while the parties finalize a settlement agreement and file dismissal documents with the Court.

Dated: December 12, 2018          Respectfully submitted,

By:   */s/ Joe Tuffaha*
Joe Tuffaha

*Attorneys for Plaintiffs Herbalife International of America, Inc. and Herbalife International, Inc.*

By:   */s/ K. Tom Kohan (with permission)*
KOHAN LAW FIRM
AnsK. Tom Kohan (SBN 225420)
tom@kohanlawfirm.com
3415 South Sepulveda Blvd., Suite 460
Los Angeles, CA 90071
Tel.:  (310) 349-1111
Fax:  (888) 476-7010

*Attorneys for Defendant ESmart LLC d/b/a SmartLife Nutrition*

## ATTESTATION

The undersigned hereby attests that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:   */s/ Joe Tuffaha*
Joe Tuffaha