JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

HERBALIFE INTERNATIONAL OF AMERICA, INC., and HERBALIFE INTERNATIONAL, INC.,

        Plaintiffs,

  v.

ESMART LLC, d/b/a SMARTLIFE NUTRITION, and DOES 1-10,

        Defendants.

Case No: 2:18-cv-06327-DSF-SK

**ORDER DISMISSING CASE [20]**

Pursuant to the STIPULATION REGARDING DISMISSAL OF CASE submitted by Plaintiffs Herbalife International of America, Inc. and Herbalife International, Inc. (collectively "Herbalife") and Defendant ESmart, LLC d/b/a Smartlife Nutrition ("ESmart"), and good cause having been shown, the Court orders as follows:

1.     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is DISMISSED in its entirety.

2.     Each party shall bear its own costs and attorneys' fees incurred in connection with this action.

IT IS SO ORDERED.


Dated: February 4, 2019          _____

                                 Hon. Dale S. Fischer

                                 United States District Judge